AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

PATRICK D. PERRY; JUSTIN BRYANT; THOMAS CODY NAYLOR, CHERI BAKER, CHRIS WILKERSON; MICHAEL HATCH, and ETHAN VASQUEZ on behalf of themselves and all others similarly situated
)
)
)
)
)
)
*Plaintiff(s)*
)
v.
)  Civil Action No. 19-1106
)
HARDEMAN COUNTY GOVERNMENT, HARDEMAN COUNTY COMMISSION, HARDEMAN COUNTY SHERIFF'S OFFICE, and JIMMY SAIN, Individually
)
)
)
)
*Defendant(s)*
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Hardeman County Government
c/o Mayor Jimmy Sain
100 North Main Street
Bolivar, TN 38008

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  William C. Sessions, III
Heaton and Moore, P.C.
44 North Second Street, Suite 1200
Memphis, TN 38103
(901) 526-5975

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



Date:   05/30/2019               s/Blair Moore
                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-1106

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) Hardeman County Government
was received by me on (date) 6-12-19

☑ personally served the summons on the individual at (place) 100 N. Main St, Bolivar, Tn. 38008
on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) Mayor Jimmy Sain , who is designated by law to accept service of process on behalf of (name of organization) Hardeman County Government @ 100 N Main St Bolivar TN 38008 on (date) 06/12/19 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 6-12-19
1:10pm

Server's signature

Eric Waddell
Printed name and title

PDQ Couriers
PO Box 341864
Memphis, TN 38184
Server's address 624 - 6875

Additional information regarding attempted service, etc:

State of Tennessee
County of Shelby
Subscribed and sworn to before me
This 12 day of June 2019

Charlie Moore
Notary Public

[Notary Seal: Charlie R. Moore, State of Tennessee, Notary Public, County of Shelby, My Comm. Exp. Sept. 23, 2019]