IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK D. PERRY, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:19-cv-1106-STA-jay |
| | ) | |
| HARDEMAN COUNTY | ) | JURY TRIAL DEMANDED |
| GOVERNMENT, et al. | ) | |
| | ) | |
|    Defendants. | ) | |

**MOTION FOR SUMMARY JUDGMENT OF THE HARDEMAN COUNTY
EMERGENCY COMMUNICATIONS DISTRICT**

Defendant, the Hardeman County Emergency Communications District (the "Communications District"), moves the Court to grant it summary judgment on all claims asserted against it because there are no material issues of fact in dispute. The Communications District is entitled to judgment as a matter of law.

The Plaintiffs are Hardeman County deputy sheriffs, jailers, and emergency dispatchers who allege they were unlawfully denied overtime compensation in violation of the FLSA. (Amend. Compl., ¶ 1-43, D.E. 29). The *dispatcher* Plaintiffs have asserted an FLSA overtime claim against the Communications District, alleging that the Communications District qualifies as a "joint employer" under the law. This claim fails as a matter of law.

To determine whether an entity qualifies as a joint employer, the Court must consider whether the entity (1) had the power to hire and fire employees; (2) supervised and controlled employee work schedules or conditions of employment; (3) determined the rate and method of

payment; and (4) maintained employment records. It is undisputed that none of these elements are present, and Plaintiffs have no basis to contend otherwise. Accordingly, this Court should dismiss the Communications District from this lawsuit with prejudice.

          Respectfully submitted,

          /s Frank L. Day                        .
          Louis P. Britt III (TN #5613)
          Frank L. Day (TN #25345)
          **FORDHARRISON LLP**
          1715 Aaron Brenner Drive, Suite 200
          Memphis, TN  38120
          Telephone: (901) 291-1500
          Facsimile:   (901) 291-1501
          lbritt@fordharrison.com
          fday@fordharrison.com

          **ATTORNEYS FOR DEFENDANT**
          **HARDEMAN COUNTY EMERGENCY**
          **COMMUNICATIONS DISTRICT**

# CERTIFICATE OF SERVICE

I hereby certify that I have on this 5th day of March, 2020, served a true and correct copy of the foregoing document, via the Court's Electronic Filing System upon the following counsel of record:

William C. Sessions, III, Esq. (TN #15017)
Heaton & Moore, P. C.
44 North Second Street, Suite 1200
Memphis, TN 38103
(901) 531-7563
Email: wsessions@heatonandmoore.com
*Attorneys for Plaintiffs*

W. Carl Spining, Esq. (TN #016302)
Michael T. Schmitt, Esq. (TN #026573)
Ortale Kelley Law
330 Commerce Street, Suite 110
Nashville, TN 37201
(615) 256-9999
Email: cspining@ortalekelley.com
       mschmitt@ortalekelley.com
*Attorneys for Defendants Hardeman County Government, Hardeman County Commission, Hardeman County Sheriff's Office and Jimmy Sain*

Charles M. Purcell, Esq. (TN #012461)
Jennifer C. Craig, Esq. (TN #020036)
Purcell, Sellers & Craig, Inc.
P. O. Box 10547
Jackson, TN 38308
(731) 300-0737
Email: chuck@psclegal.com
       jennifer@psclegal.com
*Attorneys for Defendant John Doolen*

John D. Burleson, Esq. (TN #
Matthew R. Courtner, Esq. (TN #
Rainey Kizer Reviere & Bell
209 E. Main Street
Jackson, TN 38301
(731) 423-2414
Email: jburleson@raineykizer.com
       mcourtner@raineykizer.com
*Attorneys for Defendant City of Bolivar*

                                        s/Frank L. Day            .