# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **PATRICK D. PERRY, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 1:19-cv-1106-STA-jay |
| ) | |
| **HARDEMAN COUNTY** ) | |
| **GOVERNMENT, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## HARDEMAN COUNTY EMERGENCY COMMUNICATIONS DISTRICTS' CONCISE STATEMENT OF UNDISPUTED FACTS

Defendant, pursuant to Local Rule 56.1(a), submits this concise statement of material facts in support of its motion for summary judgment, which are as follows:

1. The Plaintiffs are Hardeman County deputy sheriffs, jailers, and emergency dispatchers who allege they were unlawfully denied overtime compensation in violation of the FLSA. (Amend. Compl. ¶ 1-43, D.E. 29).

2. The dispatcher Plaintiffs <u>accuse</u> the Hardeman County Emergency Communications District of being their "joint employer." (Amend. Compl. ¶ 40-43, D.E. 29).

3. The Communications District has not hired, disciplined, or fired any of the dispatchers. (Dec. Mary Henderson ¶ 3).

4. The Communications District has no control over what shifts dispatchers work. Indeed, it does not assign dispatchers to shifts or otherwise monitor their attendance or job performance. (Dec. Mary Henderson ¶ 4)

5. The Communications District does not make decisions about how much individual dispatchers are paid.  (Dec. Mary Henderson ¶ 5)

6. The Communications District does not establish any payroll policies/practice applicable to dispatchers, and it does not determine whether they are entitled to overtime and/or how any such overtime is calculated or paid. (Dec. Mary Henderson ¶ 5-7)

7. The Communications District does not supervise the dispatchers. (Dec. Mary Henderson ¶ 8)

8. The Communications District does not maintain any employment records relating to the dispatchers. (Dec. Mary Henderson ¶ 9)

9. The Communications District does not have control over the terms and conditions of the dispatchers' employment. (Dec. Mary Henderson ¶ 9)

Respectfully submitted,

s/ Frank L. Day_____
Louis P. Britt III (TN #5613)
Frank L. Day (TN #25345)
**FORDHARRISON LLP**
1715 Aaron Brenner Drive, Suite 200
Memphis, TN  38120
Telephone: (901) 291-1500
Facsimile:   (901) 291-1501
lbritt@fordharrison.com
fday@fordharrison.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 5th day of March, 2020, served a true and correct copy of the foregoing document, via the Court's Electronic Filing System upon the following counsel of record:

William C. Sessions, III, Esq. (TN #15017)
Heaton & Moore, P. C.
44 North Second Street, Suite 1200
Memphis, TN 38103
(901) 531-7563
Email: wsessions@heatonandmoore.com
*Attorneys for Plaintiffs*

W. Carl Spining, Esq. (TN #016302)
Michael T. Schmitt, Esq. (TN #026573)
Ortale Kelley Law
330 Commerce Street, Suite 110
Nashville, TN 37201
(615) 256-9999
Email: cspining@ortalekelley.com
mschmitt@ortalekelley.com
*Attorneys for Defendants Hardeman County Government, Hardeman County Commission, Hardeman County Sheriff's Office and Jimmy Sain*

Charles M. Purcell, Esq. (TN #012461)
Jennifer C. Craig, Esq. (TN #020036)
Purcell, Sellers & Craig, Inc.
P. O. Box 10547
Jackson, TN 38308
(731) 300-0737
Email: chuck@psclegal.com
jennifer@psclegal.com
*Attorneys for Defendant John Doolen*

John D. Burleson, Esq. (TN #
Matthew R. Courtner, Esq. (TN #
Rainey Kizer Reviere & Bell
209 E. Main Street
Jackson, TN 38301
(731) 423-2414
Email: jburleson@raineykizer.com
mcourtner@raineykizer.com
*Attorneys for Defendant City of Bolivar*

s/Frank L. Day

3