# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **PATRICK D. PERRY, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 1:19-cv-1106-STA-jay |
| ) | |
| **HARDEMAN COUNTY** ) | |
| **GOVERNMENT, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## SWORN DECLARATION OF MARY HENDERSON

I, Mary Henderson, having been duly sworn, affirm that I am greater than twenty-one years of age and am competent to testify. If I were called to testify in this matter, I would state the facts contained in this sworn declaration as follows:

1. All of the facts contained in this declaration are based on my own firsthand knowledge unless explicitly stated otherwise.

2. I am employed by the Hardeman County Communications District as the Director. I have worked in this position for approximately the past 11 years.

3. The Communications District does not hire, discipline, or fire any dispatchers.

4. The Communications District does not control what shifts dispatchers work. It does not assign them shifts or otherwise monitor their attendance or job performance.

5. The Communications District does not decide how much each individual dispatcher is paid.

2

6. The Communications District does not decide whether dispatchers are entitled to overtime, and it did not make any decisions about how dispatchers were compensated for overtime.

7. The Communications District does not establish any payroll practices of policies that apply to dispatchers.

8. The Communications District does not exercise any supervision over the dispatchers.

9. The Communications District does not maintain any employment records relating to the dispatchers.

10. The Communications District does not have control over the terms and conditions of the dispatchers' employment.

## VERIFICATION

I, Mary Henderson, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct on this the __4th__ nd day of __March__, 2020.

*Mary Henderson, Director*
MARY HENDERSON, DIRECTOR
HARDEMAN COUNTY EMERGENCY COMMUNICATIONS DISTRICT

Date: __03-04-2020__

3