# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRTICT OF TENNESSEE
# EASTERN DIVISION

PATRICK D. PERRY, *et al.*,

    *Plaintiffs,*

vs.                           No.    1:19-cv-01106-STA-cgc
                                                      (Master Case)

HARDEMAN COUNTY GOVERNMENT, *et al.*,

    *Defendants.*

BRANDON ALLEN, *et al.*,

    *Plaintiffs,*

vs.                           No.    1:21-cv-01087-STA-cgc
                                                      (Member Case)

HARDEMAN COUNTY GOVERNMENT, *et al.*,

    *Defendants.*

JONATHAN LUTTRELL, *et al.*,

    *Plaintiffs,*

vs.                           No.    1:21-cv-01098-STA-cgc
                                                      (Member Case)

HARDEMAN COUNTY GOVERNMENT, *et al.*,

    *Defendants.*

HEATHER D. CARNELL and
JERRY D. YANCEY,

    *Plaintiffs,*

vs.                           No.    1:20-cv-2179-STA-cgc
                                                      (Member Case)

HARDEMAN COUNTY GOVERNMENT, *et al.*,

  *Defendant.*

HEATHER D. CARNELL,

  *Plaintiff,*

vs.                No.   1:21-cv-1012-STA-cgc
                       (Member Case)

HARDEMAN COUNTY GOVERNMENT,

  *Defendant.*

WHITNEY McCORD,

  *Plaintiff,*

vs.                No.   1:20-cv-01109-STA-cgc
                       (Member Case)

HARDEMAN COUNTY GOVERNMENT,

  *Defendant.*

REBECCA BATES, *et al.*,

  *Plaintiffs,*

vs.                No.   1:20-cv-02869-STA-cgc
                       (Member Case)

HARDEMAN COUNTY GOVERNMENT,

  *Defendant.*

## ORDER DISMISSING REDUNDANT CASES AND ENDING CONSOLIDATION

  By agreement between the parties, Plaintiffs submitted an Amended Complaint in the case of *Perry et al. v. Hardeman County Government et. al.*, No. 1:19-cv-01106. (ECF No. 228.)  The Amended Complaint combines all parties and claims contained in *Perry* with those in *Allen et al. v. Hardeman County Government et al.*, No. 1:21-cv-01087 and *Luttrell et al. v. Hardeman County Government et al.*, No. 1:21-cv-01098.  As a consequence, the claims in *Allen* and *Luttrell* are now

redundant to the claims found in the Amended Complaint. The Court denies as moot all pending motions in *Allen et al. v. Hardeman County Government et al.*, No. 1:21-cv-01087 and *Luttrell et al. v. Hardeman County Government et al.*, No. 1:21-cv-01098, and the Court dismisses both cases. The parties may refile any relevant motions in *Perry* within 14 days of this Order. Finally, the Court directs both Plaintiffs' and Defendants' counsel to confer and file a notice of parties and counsel in *Perry* to ensure that there is a complete accounting of all plaintiffs, defendants, and each party's counsel of record. This notice must be filed within 7 days of this Order.

Further, by agreement between the parties, Plaintiffs submitted an Amended Complaint in the case of *Carnell et al. v. Hardeman County Government et al.*, No. 1:20-cv-2179 ("*Carnell I*"). (ECF No. 53.) The Amended Complaint combines all parties and claims contained in *Carnell I* with those in *Carnell et al. v. Hardeman County*, No. 1:21-cv-1012 ("*Carnell II*"), *McCord v. Hardeman County*, No. 1:20-cv-01109, and *Bates et al. v. Hardeman County Government*, No. 1:20-cv-02869. As a consequence, the claims in *Carnell II*, *McCord*, and *Bates* are redundant to the claims found in the Amended Complaint. Therefore, the Court denies as moot all pending motions in *Carnell et al. v. Hardeman County*, No. 1:21-cv-1012 (*Carnell II*), *McCord v. Hardeman County*, No. 1:20-cv-01109, and *Bates et al. v. Hardeman County Government*, No. 1:20-cv-02869, and the Court dismisses all three cases. The parties may refile any relevant motions in *Carnell I* within 14 days of this Order. Finally, the Court directs both Plaintiffs' and Defendants' counsel to confer and file a notice of parties and counsel in *Carnell I* to ensure that there is a complete accounting of all plaintiffs, defendants, and each party's counsel of record in the action. This notice must be filed within 7 days of this Order.

To conclude, after the entry of this Order, the Clerks of the Court are directed to end the consolidation of the cases listed herein. After ending consolidation and dismissing the redundant

cases, the only actions left will be *Perry et al. v. Hardeman County Government et. al.*, No. 1:19-cv-01106 and *Carnell et al. v. Hardeman County Government et al.*, No. 1:20-cv-2179. These cases are no longer connected procedurally and will be adjudicated separately.

    **IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date:  December 6, 2021.