IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **PATRICK D. PERRY et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| v. ) | No. 1:19-cv-1106-STA-cgc |
| ) | |
| **HARDEMAN COUNTY GOVERNMENT,** ) | |
| **HARDEMAN COUNTY COMMISSION,** ) | |
| **HARDEMAN COUNTY SHERIFF'S OFFICE,** ) | |
| **JIMMY SAIN in his individual and official** ) | |
| **Capacities, AND JOHN DOOLEN in his** ) | |
| **Official and individual capacities,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER SETTING HEARING**

Before the Court are Defendants' Motion for Decertification (ECF No. 307) and Motion for Summary Judgment (ECF No. 308). The Court hereby sets a hearing on the motions for Wednesday, April 3, 2024, 1:30 P.M., Courtroom 1, Jackson, Tennessee. All parties shall be in attendance along with their counsel of record. This includes each current member of the Hardeman County Commission.[1] Rather than require the attendance of all Plaintiffs who have joined the case as part of the collective action, the Court will require Plaintiffs to have in attendance and make available to testify a representative Plaintiff for each of the following categories of Hardeman County Sheriff's deputies: a patrol deputy, a dispatcher, an investigator, and a deputy jailer.

---

[1] The Court will consider excusing a Commissioner from attending the hearing only for good cause. A member seeking to be excused must file a written motion through counsel for the Commission at least three days prior to the hearing and show why the Court should not require the Commissioner to attend. Otherwise, each member of the Commission must attend the hearing.

1

Plaintiffs should file a designation identifying the Plaintiffs who will represent them at the hearing no later than March 27, 2024.

    **IT IS SO ORDERED.**

                                              **s/ S. Thomas Anderson**
                                              S. THOMAS ANDERSON
                                              UNITED STATES DISTRICT JUDGE

                                              Date: March 5, 2024