15683-222048 MDC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| PATRICK D. PERRY, et al.<br><br>　　Plaintiffs,<br>v.<br><br>HARDEMAN COUNTY,<br>TENNESSEE, et al.,<br><br>　　Defendants. | Docket No.: 1:19-CV-01106 |

## DEFENDANTS' MOTION TO EXTEND DEADLINE FOR RESPONDING TO PLAINTIFFS' MOTIONS TO COMPEL AND TO EXCLUDE DEFENDANTS' EXPERT WITNESS

On April 19, 2024, Plaintiffs filed their Fourth Motion to Compel (ECF 370), an on April 22, 2024, Plaintiffs filed their Motion to Exclude or in the Alternative to Limit the Testimony of Defendants' Expert Witness Dawn Farrias (ECF 371). Defendants move this Court to extend the deadlines for responding to these motions to May 17, 2024. Defendants are working on complying with Plaintiffs' requests in their motion to compel and are reviewing the motion to exclude or limit the testimony of Defendants' expert witness. With the extended deadline, Defendants believe they can resolve the issues.

15683-222048 MDC

Respectfully submitted,

_____/s/Dale Conder Jr.
ROBERT O. BINKLEY JR., BPR# 11991
DALE CONDER JR. BPR #15419
*Attorneys for Defendant Hardeman County and Jimmy Sain in his official capacity only*
Rainey, Kizer, Reviere and Bell, PLC
209 East Main Street
P.O. Box 1147
Jackson, TN 38302
731-423-2414
rbinkley@raineykizer.com
dconder@raineykizer.com

### CERTIFICATE OF SERVICE

I certify that on May 3, 2024, I filed this document using the Court's Electronic Filing System. The ECF system will provide copies of this document to the lawyers listed below. Any pro se parties or parties whose lawyers have not registered with the system will receive the document by U.S. Mail postage prepaid at the addresses below.

| | |
|---|---|
| WILLIAM C. SESSIONS, BPR# 15017<br>FRANCES HILDEBRAND SESSIONS, BPR# 16896<br>*Attorneys for Plaintiffs*<br>Sessions Law Firm, PLLC<br>P.O. Box 331<br>Brunswick, Tennessee 38014<br>(901)-848-9654<br>Wsessions@ SessionsLawPllc.com<br>bsessions@sessionslawpllc.com | STEPHEN L. HALE, BPR # 013554<br>*Attorney for Defendant John Doolen and the Hardeman County Sheriff's Dept*<br>Stephen L. Hale, Attorney at Law<br>P.O. Box 638<br>Bolivar, Tennessee 38008<br>(731)-658-5858<br>stevehalelaw@gmail.com |
| MICHAEL T. SCHMITT, BPR #026573<br>*Attorney for Defendant Hardeman County, and Jimmy Sain, individually*<br>Ortale, Kelley, Herbert & Crawford<br>200 Fourth Avenue, North – Third Floor<br>Nashville, Tennessee 37219<br>(615)-256-9999<br>mschmitt@ortalekelley.com | |

_____/s/Dale Conder Jr.